UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FIRST INVESTMENT CORPORATION** **OF THE MARSHALL ISLANDS** | **CIVIL ACTION** |
| | **No. 09-3663** |
| **VERSUS** | |
| **FUJIAN MAWEI SHIPBUILDING LTD,** **ET AL.** | **SECTION I** |

### ORDER

Considering Fujian Mawei Shipbuilding Ltd.'s ("Fujian") motion for leave to file a memorandum in support of its motion to set aside judgement,

**IT IS ORDERED** that the motion for leave to file[1] is **GRANTED** and Fujian may file its memorandum.

New Orleans, Louisiana, April 6, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 10.